No. 81–963.   FRIENDLY RETIREMENT CENTER, INC. *v.* COLLING, SUCCESSOR TRUSTEE, 455 U. S. 940;

No. 81–5508.   SOUNESS *v.* VETERANS ADMINISTRATION, 454 U. S. 1088;

No. 81–5978.   CREASY *v.* VIRGINIA, 455 U. S. 957;

No. 81–5998.   SMITH *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 455 U. S. 958; and

No. 81–6000.   RHODES *v.* UNITED STATES NAVY ET AL., 455 U. S. 958.   Petitions for rehearing denied.

No. 81–921.   KESSINGER ET AL. *v.* KENTUCKY, 455 U. S. 920; and

No. 81–5560.   JOHNSON *v.* CONNECTICUT, 454 U. S. 1101. Motions for leave to file petitions for rehearing denied.

APRIL 5, 1982

No. 80–5227.   MAFFEY *v.* OREGON EX REL. JUVENILE DEPARTMENT OF KLAMATH COUNTY.   Appeal from Ct. App. Ore. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1034.   NEW MEXICO EX REL. ROCK *v.* STOWERS. Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–799 (81–1719).   PETRUSCH, DBA B & L DISTRIBUTION CENTER *v.* TEAMSTERS LOCAL 317, SYRACUSE, NEW YORK, ET AL.   C. A. 2d Cir.   Application for injunction, addressed to JUSTICE REHNQUIST and referred to the Court, denied.